# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, *et al.*,<br><br>Defendants. | C.A. No. 19-2083-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NANYA TECHNOLOGY CORPORATION, *et al.*,<br><br>Defendants. | C.A. No. 19-2090-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.<br><br>Defendant. | C.A. No. 19-2149-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC.,<br><br>Defendants. | C.A. No. 20-0089-NIQA-LAS |

## NOTICE OF SUBPOENA *DUCES TECUM* AND NOTICE OF DEPOSITION OF CYPRESS SEMICONDUCTOR CORPORATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure Rules 26, 30, and 45, Defendants Qualcomm Incorporated, Qualcomm Technologies, Inc. and Qualcomm CDMA Technologies Asia Pacific Pte Ltd. (collectively, "Qualcomm"); Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware (collectively, "Nanya"); Advanced Micro Devices, Inc. ("AMD"); and Defendant STMicroelectronics, Inc. (Qualcomm, Nanya, AMD, and STMicroelectronics, Inc.[1] collectively referred to as "Defendants") will take the deposition of Cypress Semiconductor Corporation ("Cypress"), c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.  The deposition will begin at 9:00 a.m. PST on September 15, 2020 at the offices of O'Melveny & Myers LLP, 2765 Sand Hill Rd, Menlo Park, CA 94025, or at a time and location mutually agreed upon. The deposition will be taken upon oral examination pursuant to Federal Rule of Civil Procedure Rules 26, 30, and 45 before a court reporter, notary public, or

---

[1] STMicroelectronics, Inc. joins in propounding this Notice of Subpoena *Duces Tecum* and Notice of Deposition of Cypress Semiconductor Corporation solely on behalf of itself and not on behalf of Defendant STMicroelectronics N.V ("STNV"). STNV has moved to dismiss the complaint against it for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), (C.A. No. 20-0089-NIQA-LAS (D.I. 25)), and accordingly, STNV objects to participating in any aspect of this litigation, including discovery.

other person authorized by law to administer oaths, and will be recorded stenographically and by videotape.

Pursuant to Rule 30(b)(6), Cypress shall designate and produce one or more of its officers, employees, managing agents, or other such persons as are most qualified, knowledgeable, and competent to testify on Cypress' behalf as to all matters known or reasonably available to Cypress regarding the Deposition Topics set forth in Attachment B to Exhibit 1 (in accordance with the Definitions also set forth in Attachment B).

Defendants reserve the right to seek additional testimony on the Deposition Topics listed in Attachment B in the event additional facts or documents become available after the conclusion of the deposition on this Notice.

**PLEASE FURTHER TAKE NOTICE** that Cypress is required to produce all documents responsive to the Document Requests set forth in Attachment A to Exhibit 1.  Specifically, Cypress is requested to produce and permit inspection and copying of all documents within its custody and control, pursuant to the Definitions and Instructions in Attachment A, at O'Melveny & Myers LLP, 2765 Sand Hill Rd, Menlo Park, CA 94025 on August 15, 2020, or on any such other date and place as mutually agreed upon.  Any production will be protected pursuant to the District of Delaware Local Rule 26.2 until such time as a Protective Order is entered in these actions.

OF COUNSEL:

David Nelson
Stephen Swedlow
Nathan Hamstra
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

SHAW KELLER LLP

/s/ Jeff Castellano
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Qualcomm Incorporated, Qualcomm Technologies, Inc. and Qualcomm CDMA Technologies Asia Pacific Pte Ltd.*

OF COUNSEL:

Peter J. Wied
Vincent K. Yip
Ryan C. C. Duckett
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Defendants, Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware*

4

<table>
<tr><td>

OF COUNSEL:

Mark Samuels
Ryan K. Yagura
Nicholas J. Whilt
Xin-Yi Zhou
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel:  (213) 430-6000

</td><td>

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Alexandra M. Ewing (#6407)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
ewing@rlf.com

*Attorneys for Defendant Advanced Micro Devices, Inc.*

</td></tr>
<tr><td>

OF COUNSEL:

Chad S. Campbell
Tyler R. Bowen
PERKINS COIE LLP
2901 North Central Avenue,
Suite 2000 Phoenix, AZ 85012
602-351-8000

Theresa H. Nguyen
PERKINS COIE LLP
1201 Third Avenue, 49th Floor Seattle, WA 98101
206-359-8000

Philip Alcide Morin
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
858-720-5700

</td><td>

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christine D. Haynes*
Jeffrey L. Moyer (#3309)
Christine D. Haynes (#4697)
Tyler E. Cragg (#6398)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
moyer@rlf.com
haynes@rlf.com
cragg@rlf.com

*Attorneys for Defendant STMicroelectronics, Inc.*

</td></tr>
</table>

Dated: July 2, 2020