## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED, *et al.*,<br><br>    Defendants. | C.A. No. 19-2083-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NANYA TECHNOLOGY CORPORATION, *et al.*,<br><br>    Defendants. | C.A. No. 19-2090-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC.<br><br>    Defendant. | C.A. No. 19-2149-NIQA-LAS |
| MONTEREY RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC.,<br><br>    Defendants. | C.A. No. 20-0089-NIQA-LAS |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that a subpoena to produce documents and things and a subpoena to testify at a deposition in a civil action was served on the following third party: Cypress Semiconductor Corporation ("Cypress") on July 2, 2020.  The proof of service is

attached hereto as Exhibit A.  Pursuant to Fed. R. Civ. P. 45(a)(4), a copy of the subpoena was served on Plaintiff's counsel prior to service.

| OF COUNSEL: | /s/ Alexandra M. Ewing |
|---|---|
| | Frederick L. Cottrell, III (#2555) |
| | Alexandra M. Ewing (#6407) |
| Mark Samuels | RICHARDS, LAYTON & FINGER, P.A. |
| Ryan K. Yagura | One Rodney Square |
| Nicholas J. Whilt | 920 North King Street |
| Xin-Yi Zhou | Wilmington, DE 19801 |
| O'MELVENY & MYERS LLP | (302) 651-7700 |
| 400 South Hope Street, 18th Floor | cottrell@rlf.com |
| Los Angeles, CA 90071 | ewing@rlf.com |
| Tel:  (213) 430-6000 | |
| | *Attorneys for Defendant Advanced Micro Devices, Inc.* |

Dated: July 24, 2020