IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> Defendant. | C.A. No. 19-2149-NIQA-LAS |

**DEFENDANT'S NOTICE OF *INTER PARTES* REVIEW INSTITUTION DECISIONS**

Defendant Advanced Micro Devices, Inc. ("AMD") filed a Motion to Stay Pending *Inter Partes* Review ("IPR") and accompanying brief in support on September 2, 2020. (D.I. 51, 52.) AMD respectfully notifies the Court that the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office has instituted review of three patents asserted by Plaintiff Monterey Research, LLC ("Monterey") against AMD in the above-captioned action:

- U.S. Patent No. 6,534,805 (the "'805 Patent"). *See* Ex. A.
- U.S. Patent No. 6,651,134 (the "'134 Patent"). *See* Ex. B.
- U.S. Patent No. 6,765,407 (the "'407 Patent"). *See* Ex. C.

In its institution decisions, the PTAB determined that AMD "has demonstrated a reasonable likelihood that it would prevail in showing the unpatentability of at least one challenged claim" of each patent, and has thus instituted review for all claims challenged by AMD's petitions. *See* Ex. A at 2; Ex. B at 2; Ex. C at 2. The PTAB has scheduled Oral Arguments on September 1, 2021, and is required by statute, 35 U.S.C. § 316(a)(11), to issue Final Decisions in these IPRs by no later than December 2, 2021.

The instituted IPR proceedings encompass all claims of the '134 and '407 Patents asserted against AMD in this case, and 6 of the 23 claims of the '805 Patent asserted against AMD. A

second IPR petition (IPR2020-01491) against the '805 Patent, filed by Qualcomm Incorporated, challenging the remaining asserted claims of the '805 Patent is still pending. In addition, AMD's IPR petitions for the three remaining patents asserted against AMD are also pending. These IPR proceedings are summarized in the table below:

| Patent No. | IPR No. | Institution Status | Asserted Claims Covered |
|---|---|---|---|
| 6,534,805 | 2020-00990 | Instituted | Claims 8, 12, 16, 18, 22, and 23 |
| | 2020-01491 | Pending (decision expected by 3/10/21) | All asserted claims (Claims 8, 11-14, 16-20, 22-25, 27-28, 30, 53-57, 59) |
| 6,651,134 | 2020-00985 | Instituted | All asserted claims (Claims 1-5, 9, 13, 14, and 16-18) |
| 6,765,407 | 2020-00989 | Instituted | All asserted claims (Claims 1, 3, 7-8, 10, and 13-15) |
| 6,961,807 | 2020-01017 | Pending (decision expected by 12/16/20) | All asserted claims (Claims 1, 4-5, 7, 10-13, and 16-17) |
| 6,629,226 | 2020-01124 | Pending (decision expected by 1/28/21) | All asserted claims (Claims 11-13 and 16-18) |
| 8,373,455 | 2020-01315 | Pending (decision expected by 2/17/21) | All asserted claims (Claim 7) |

AMD will apprise the Court of any institution decisions issued in these pending IPR petitions and any other relevant developments in the instituted IPR proceedings.

RLF1 24405728v.1

OF COUNSEL:

Mark Samuels
Ryan K. Yagura
Nicholas J. Whilt
Xin-Yi Zhou
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407
msamuels@omm.com
ryagura@omm.com
nwhilt@omm.com
vzou@omm.com

Dated: December 3, 2020

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone: 302-651-7700
cottrell@rlf.com
ewing@rlf.com

*Attorneys for Defendant Advanced Micro Devices, Inc.*