**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MONTEREY RESEARCH, LLC,

                Plaintiff,

    v.

ADVANCED MICRO DEVICES, INC.,

                Defendant.

C.A. No. 19-2149-NIQA-LAS

**DEFENDANT'S FOURTH NOTICE OF
*INTER PARTES* REVIEW INSTITUTION DECISION**

Defendant Advanced Micro Devices, Inc. ("AMD") filed a Motion to Stay Pending *Inter Partes* Review ("IPR") and accompanying brief in support on September 2, 2020. (D.I. 51, 52.) The Court granted AMD's Motion to Stay on January 5, 2021. (D.I. 96.) On December 3, 2020, December 17, 2020, and January 28, 2021, AMD notified the Court that the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office instituted review of five patents asserted by Plaintiff Monterey Research, LLC ("Monterey") against AMD in the above-captioned action. (D.I. 82, 86, 97.)

AMD respectfully notifies the Court that the PTAB has now instituted review of the sixth (and last) asserted patent, U.S. Patent No. 8,373,455. *See* Ex. A. The table below summarizes the status of the relevant IPR proceedings:

| Patent No. | IPR No. | Institution Status | Asserted Claims Covered |
|---|---|---|---|
| 6,534,805 | 2020-00990 | Instituted | Claims 8, 12, 16, 18, 22, and 23 |
| | 2020-01491 | Pending (decision expected by 3/10/21) | All asserted claims (Claims 8, 11-14, 16-20, 22-25, 27-28, 30, 53-57, 59) |
| 6,651,134 | 2020-00985 | Instituted | All asserted claims (Claims 1-5, 9, 13, 14, and 16-18) |
| 6,765,407 | 2020-00989 | Instituted | All asserted claims (Claims 1, 3, 7-8, 10, and 13-15) |
| 6,961,807 | 2020-01017 | Instituted | All asserted claims (Claims 1, 4-5, 7, 10-13, and 16-17) |

| Patent No. | IPR No. | Institution Status | Asserted Claims Covered |
|---|---|---|---|
| 6,629,226 | 2020-01124 | Instituted | All asserted claims (Claims 11-13 and 16-18) |
| 8,373,455 | 2020-01315 | Instituted | All asserted claims (Claim 7) |

OF COUNSEL:

Mark A. Samuels
Ryan K. Yagura
Nicholas J. Whilt
Xin-Yi Zhou
Benjamin Haber
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Tel:  (213) 430-6000
msamuels@omm.com
ryagura@omm.com
nwhilt@omm.com
vzhou@omm.com
bhaber@omm.com

Dated:  February 24, 2021

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Alexandra M. Ewing (#6407)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Tel:  (302) 651-7700
cottrell@rlf.com
ewing@rlf.com

*Attorneys for Defendant Advanced Micro Devices, Inc.*