IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>ADVANCED MIRCO DEVICES, INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 19-cv-2149-NIQA-LAS |

## JOINT MOTION TO DISMISS

WHEREAS, plaintiff Monterey Research, LLC ("Plaintiff") and defendant and counterclaim-plaintiff Advanced Micro Devices, Inc. ("AMD") have resolved Plaintiff's claims for relief against AMD and AMD's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and AMD, through their attorneys of record, request this Court to dismiss all claims between them in this action with prejudice. The parties further agree that each party shall bear its own attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| Dated: April 29, 2022 | Respectfully submitted, |
| By: */s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michel J. Farnan (Bar No. 5165)<br>FARNAN LLP<br>919 North Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: 302-777-0300<br>Facsimile: 302-777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Of Counsel:*<br><br>Jonas McDavit admitted pro hac vice<br>Jordan N. Malz admitted pro hac vice<br>jmcdavit@desmaraisllp.com<br>jmalz@desmaraisllp.com<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br><br>*Attorneys for Plaintiff Monterey Research, LLC* | By: */s/ Alexandra M. Ewing*<br>Frederick L. Cottrell, III (#2555)<br>Alexandra M. Ewing (#6407)<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>ewing@rlf.com<br><br>*Of Counsel:*<br>Mark A. Samuels<br>Ryan K. Yagura<br>Nicholas J. Whilt<br>Xin-Yi Zhou<br>Benjamin Haber<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 430-6000<br>msamuels@omm.com<br>ryagura@omm.com<br>nwhilt@omm.com<br>vzhou@omm.com<br>bhaber@omm.com<br><br>*Attorneys for Defendants Advanced Micro Devices, Inc.* |